DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLOVIS NELSON** a/k/a **C.B. NELSON** and **DONNET NELSON,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION,** et al
Appellees.

No. 4D19-2180

[April 2, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. 14-023619 CACE.

Robert Phaneuf of The Ticktin Law Group, Deerfield Beach, for appellants.

Ofer M. Amir, Fort Lauderdale, for appellee YJJ Investment Group LLC.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***